JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN TYLER H., | Case No. 2:22-cv-07857-KES |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is vacated and this case is remanded for further proceedings consistent with the Opinion.


DATED:  July 28, 2023

_Karen E. Scott_
KAREN E. SCOTT
United States Magistrate Judge

1