# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin Tyler Harvey,<br><br>  Plaintiff,<br><br>  v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.  2:22-cv-07857-KES<br><br>|**PROPOSED**| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FOUR-HUNDRED THIRTY-TWO DOLLARS and 20/100 ($7,432.20) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

  IT IS SO ORDERED.

DATE: October 30, 2023

_____
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE